**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDATION LAW GROUP LLP,<br><br>    Plaintiff,<br><br>    v.<br><br>WEIRU WANG; FOUNDATIONS LAW OFFICE; and DOES 1-10, inclusive,<br><br>    Defendants. | **Case No: 2:17-cv-002186-ODW-KS**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Plaintiff Foundation Law Group LLP's Notice of Voluntary Dismissal (ECF No. 13), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the entire action and all claims asserted therein are hereby **DISMISSED** with prejudice;
2. All dates and deadlines in this action are vacated and taken off calendar; and
3. The Court retains jurisdiction to enforce the settlement agreement.

**IT IS SO ORDERED**.

May 3, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**